FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT FOR THE KANSAS
DISTRICT OF KANSAS

'09 FEB 13 P 2:27

CLERK, U.S. DISTRICT COURT
BY _____ DEPUTY CLERK
AT WICHITA, KS

SEALED

| | | |
|---|---|---|
| IN RE: | Letter Rogatory to Finland in the Investigation of Lazare Kabaya Kobagaya | Case No. 09-10005-01<br>Under Seal |

## MOTION FOR ISSUANCE OF
## A LETTER ROGATORY

The UNITED STATES OF AMERICA, by and through its undersigned attorneys, respectfully moves this Honorable Court for the issuance of a Letter Rogatory directed to the appropriate judicial authorities in Finland. The Letter Rogatory requests the judicial authorities of Finland to provide copies of statements of witnesses received from or in the country of Rwanda in Finland's investigation of Francois Bazaramba; copies of all documents, materials, photographs and evidence collected by Finnish investigators in the country of Rwanda relevant to the Bazaramba investigation; copies of all documents, materials, photographs and evidence seized during Finland's search of Francois Bazaramba's residence in Finland; copies of all recorded statements that have been, or may be taken, from witnesses interviewed by Finnish investigators in the Bazaramba investigation; copies of all other recorded statements of witnesses that have been, or may be, in the possession of Finnish investigators in the Bazaramba investigation; and, any and all other investigative materials, including historical data and investigative reports compiled during the Bazaramba investigation. The evidence sought from the Finnish authorities relates to possible violations of the criminal laws of the United States, as

1

described in the Letter Rogatory.   The Letter Rogatory (which is hereby incorporated into this motion), a Memorandum of Law, and a proposed Order are attached.

Respectfully submitted,

ELI M. ROSENBAUM
Director, Office of Special Investigations, Criminal Division, United States Department of Justice

CHRISTINA P. GIFFIN
Senior Trial Attorney
Office of Special Investigations
Criminal Division, United States
Department of Justice

MARIETTA PARKER
Acting United States Attorney

ALAN METZGER
Assistant United States Attorney

Date: February 3, 2009