IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-10005-01-MLB |
| ) | |
| LAZARE KOBAGAYA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF REQUEST FOR ALIBI DEFENSE**

Pursuant to Federal Rule of Criminal Procedure 12.1, the government hereby requests that the defendant provide notice of any alibi defense he will present in response to the following allegations contained Count 1 of the indictment and incorporated by reference into Count 2 of the indictment. All of the events listed below occurred in and around Nyakizu Commune, Rwanda in April and May 1994:

a. On or about April 15, 1994, at a marketplace called Birambo, DEFENDANT directed a gathering of Hutu to commit arson as part of the genocide against the Tutsi. DEFENDANT made derogatory remarks about the Tutsi and directed the Hutu who were present to burn the houses of local Tutsi. Following this, Hutu in the gathering proceeded to burn down houses belonging to Tutsi;

b. On or about April 16, 1994, DEFENDANT ordered "Individual A" to participate in killing Tutsi as part of the genocide. DEFENDANT stabbed "Individual A" in the leg because he refused to participate in the killing. In response to the stabbing, "Individual A" murdered an

unknown individual at a place called Ruhuka;

  c. During the period from approximately April 16 through April 19, 1994, DEFENDANT participated in multiple attacks against hundreds of Tutsi who had fled to Mount Nyakizu to escape the genocide.  DEFENDANT mobilized attackers and ordered and coerced them to continue their participation in the killing of those Tutsi.  Hundreds of Tutsi were killed in these attacks;

  d. In or about early May 1994, DEFENDANT ordered "Individual B" to kill a Tutsi man who had been found in hiding and brought to Birambo.  DEFENDANT threatened "Individual B" that his wife would be killed if "Individual B" did not comply.  In response to this threat, "Individual B" killed the man who had been brought to Birambo;

  e. In or about late April or early May 1994, DEFENDANT spoke to a gathering of Hutu and directed them to kill Tutsi women who had previously been spared because they were married to or otherwise related to Hutu men.  Following this, several local Tutsi women married to Hutu men were attacked, and at least one was killed.

           Respectfully submitted,

           s/Christina Giffin
           CHRISTINA GIFFIN
           Office of Special Investigations
           Criminal Division
           Department of Justice
           1301 New York Ave. N.W., Suite 200
           Washington, DC 20005
           (202) 616-2529
           Christina.Giffin@usdoj.gov

Date: May 18, 2009

CERTIFICATE OF MAILING

I hereby certify that on May 18, 2009, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Kurt P. Kerns
Ariagno, Kerns, Mank & White, L.L.C.
328 N. Main Street
Wichita, KS 67202
*Attorney for Defendant*

s/Christina Giffin
CHRISTINA GIFFIN