IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>LAZARE KOBAGAYA, )<br> )<br>Defendant, )<br>_____ ) | Case No. 09-10005-01 (MLB) |

**MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS
AND REQUEST TO ADDRESS MOTION DEADLINE AT
JUNE 15, 2009 STATUS CONFERENCE**

COMES NOW, the defendant, Lazare Kobagaya, by and through attorney of record, Kurt P. Kerns, of Ariagno, Kerns, Mank & White, L.L.C., and hereby moves this Court to enter an Order continuing the deadline for filing pretrial motions. In support thereof, defendant would show the Court as follows:

1. The current deadline for filing pre-trial motions is 30 days from arraignment which would be May 29, 2009.

2. In the instant case, the defendant is tasked with defending himself on allegations that he engaged in acts of genocide fifteen (15) years ago, in the country of Rwanda, a country 2,800 miles away. A review of the information available indicates that the case is premised on the statements of anonymous individuals living in Rwanda and identified only by letter designation. The defendant's name appears to have surfaced just two (2) years ago in the course of a related investigation in Finland. He is not named as a wanted man by the Tribunal assigned to be responsible for

        prosecuting such crimes in Rwanda. (see Defendant's Memorandum in Support of Bond, Doc 16).

3. Discovery provided to date includes 7,000 pages of documents in the Kinyarwanda language. Thousands of pages more are expected from the Finland investigation. Counsel does not speak Kinyarwanda and is obtaining translation services.

4. The government has previously described this case as the "first U.S. criminal prosecution involving proof of the crime of genocide. Novel questions of the law as applied to the facts are highly likely…These novel questions, for which no U.S. precedent has yet been found weigh in favor of allowing additional time…" (Doc 27).

5. Counsel would request that he be granted leave to address the Court on this request at the upcoming status conference scheduled for June 15, 2009 at 9:30 a.m.

WHEREFORE, defendant respectfully requests that this Court enter an Order continuing the deadline for filing pretrial motions in the above captioned matter granting counsel leave until he can address the Court on the matter at the status conference scheduled for June 15, 2009.

Respectfully submitted,

**s/ Kurt P. Kerns**
Kurt P. Kerns #15028
Ariagno, Kerns, Mank & White, L.L.C.
328 North Main Street
Wichita, Kansas 67202
(316) 265-5511
E-mail:  kurtpkerns@aol.com
Attorney for Lazare Kobagaya

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above Motion to Continue was filed and served electronically pursuant to the CM/ECF system on May 22, 2009 on all counsel of record.

**s/ Kurt P. Kerns**
Kurt P. Kerns #15028
Attorney for Lazare Kobagaya