IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )      Case No. 09-10005-01-MLB
                               )
LAZARE KOBAGAYA,               )
                               )
            Defendant.         )
_____)

**GOVERNMENT OPPOSITION TO DEFENDANT'S MOTION
FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

The Government respectfully opposes the defendant's most recent Motion for an

Extension of Time.  The government continues to believe that this case can and should be tried

by March 2010.  The government's discovery productions will be substantially complete by the

end of November 2009.[1]  The government provided timely expert reports on July 31, 2009, as

---

[1] As noted in a previous filing, the government has already provided the defendant with
the bulk of the required discovery including the defendant's A file, original-language gacaca
documents, digital recordings, interview transcripts, photographs and other documents. In
addition to producing copies of all of the original gacaca documents relevant to this case, the
government has also produced translations of many of those documents.  The government will
likely continue to translate gacaca documents so long as there is time prior to trial, in order to
facilitate ease of reference to the documents.  Those translations also will be produced as they
become available.  This process does not necessitate any delay in the trial schedule.  A small
number of additional translations will be produced by the end of this month.

The government has also produced the vast majority of the materials from the parallel
Finnish case, the Bazaramba case.  The only materials that have not already been produced, or
will not be produced by the end of the month, are those which contain the names of Bazaramba's
witnesses.  These names are still protected by a Finnish court order.  These materials have been
produced in a redacted form.  Three video taped statements have been produced in transcript
form, with the witness names redacted, as allowed under the Finnish court order.  In sum, the

1

ordered.  The government is thus moving forward in the manner anticipated at the June

conference before this Court.  At that conference, the Court expressed its intent to bring this case

to trial in early 2010.  The government strongly agreed with that intent.

 The defendant's request to extend the motions deadline until March 29, 2010 clearly

would preclude a March trial, likely pushing the trial back by several months.  The government

believes that this significant delay is unwarranted.  The government notes that the November 2

motions deadline was not, in fact, a deadline for all pretrial motions, but instead a deadline for a

specific set of motions identified by the defendant in June 2009.  These motions included

potential motions to dismiss on due process grounds, jurisdictional grounds, constitutional

grounds and a public authority defense.  *See* Scheduling Order at 2 [Docket Entry 40].  The

defendant now states that he will likely only file two to three of these (or similar) motions.  *See*

Def.'s Mot. At 1 [Docket Entry 69].  The Court directed that this set of motions should  be filed

early in order to allow important legal issues to be resolved in a timely manner prior to trial.[2]

The Court then ordered that other motions *in limine* be filed four weeks prior to trial.  *See*

Scheduling Order at 2 [Docket Entry 40].  The government cannot discern a reason why the

motions due on November 2 need to be delayed another five months.

---

only Finnish materials that have not been produced are unredacted versions of a small number of
witness statements.
 Finally, a small number of other documents, mostly transcripts of audio recordings that
have already been produced, are being reviewed and will be produced by the end of this month.

 [2]  Similarly, the Court ordered that the parties exchange expert reports and engage in
motion practice as to those experts over the summer and early fall in 2009.  The defendant has
filed two motions to extend this schedule, one of which is still pending.  The government
requests that the deadline for expert disclosures and motions be delayed as little as possible.

The government joins the defendant's request for a scheduling conference to address these matters and to set a firm trial date.  Government counsel plans to travel to Wichita to appear in person for such a conference.

Respectfully submitted,

s/Christina Giffin
CHRISTINA GIFFIN
Office of Special Investigations
Criminal Division
Department of Justice
1301 New York Ave. N.W., Suite 200
Washington, DC 20005
(202) 514-5792
Christina.Giffin@usdoj.gov

Date: November 3, 2009

CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2009, I electronically filed the foregoing

Government's Opposition to Defendant's Motion for Extension of Time to File Pretrial Motions

with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Kurt P. Kerns
Ariagno, Kerns, Mank & White, L.L.C.
328 N. Main Street
Wichita, KS 67202

Melanie Morgan
Morgan Pilate, L.L.C.
142 North Cherry Street
Olathe, KS 66061
*Attorneys for Defendant*


s/Christina Giffin
CHRISTINA GIFFIN

4