IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
         Plaintiff,

v                                                Case No. 09-10005-01-MLB

LAZARE KOBAGAYA
         Defendant.

## PARTIAL WITNESS DISCLOSURE

Counsel discloses that the following individual has been identified to the government as a witness at the October 12, 2010 trial in the above-captioned matter:

1.      Olive Mukayiranga

                              Respectfully Submitted,

                              ARIAGNO, KERNS, MANK & WHITE, LLC.

                              /s/ Kurt P. Kerns
                              By: Kurt P. Kerns, KS No. 15028
                              328 N. Main Street
                              Wichita, KS 67202
                              Telephone: 316-265-5511
                              E-mail: kurtpkerns@aol.com

                              And

                              /s/ Melanie S. Morgan
                              By:  Melanie S. Morgan, KS No. 16088
                              Morgan Pilate LLC
                              142 N. Cherry Street
                              Olathe, KS 66061
                              Telephone: 913-829-6336
                              E-mail: mmorgan@morganpilate.com

                              Attorneys for Lazare Kobagaya

**CERTIFICATE OF SERVICE**

      I, Melanie S. Morgan, do hereby certify that a true and accurate copy of the foregoing was served on opposing counsel and counsel of record by the ECF system on June 1, 2010.

      /s/ Melanie S. Morgan