**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-10005-01-MLB |
| ) | |
| LAZARE KOBAGAYA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER MODIFYING CONDITIONS OF RELEASE

Presently before the court is Defendant's Motion to Modify Conditions of

Release (Doc. 225). The Court has been advised by the Government that it does

not oppose the motion. The Court makes the following findings and orders:

1.  Defendant was released on Conditions of Release on April 29, 2009.
    (Doc. No's 22, 23);

2.  One of the conditions was that Defendant would remain in Shawnee
    County, Kansas except for travel to Wichita, Kansas for court and
    attorney visits. Any other travel was to be pre-approved by Pretrial
    Services. (Doc. 22, ¶ 7(i));

3.  Defendant requests that this condition be modified to allow him to
    travel to Wichita, Kansas for the Thanksgiving Holiday where he will
    stay with his son's family from November 25, 2010 through
    November 28, 2010. The contact information for this time period has
    been provided to Probation;

4.   The Court has consulted with the supervising officer in Probation and Pretrial Services and they do not oppose the requested modification.

**IT IS THEREFORE ORDERED** that Paragraph 7(i) of the Conditions of Release filed April 29, 2009 (Doc. 22), be modified to allow Defendant to travel to Wichita, Kansas for the Thanksgiving Holiday as outlined in the Motion to Modify Conditions of Release.  Probation shall be notified if there is any change in the contact information previously provided concerning this trip.

Dated this 18th day of November, 2010 at Wichita, Kansas.

s/ Donald W. Bostwick
DONALD W. BOSTWICK
U.S. MAGISTRATE JUDGE