## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**MONTI L. BELOT**
    **Judge**

111 U.S. Courthouse
401 N. Market
Wichita, Kansas 67202
(316) 315-4340

April 13, 2011

ALL COUNSEL OF RECORD

    Re:  <u>United States v. Kobagaya</u>, Case No. 09-10005-01

Dear Counsel:

    Will any of your witnesses testify, either on direct or cross-examination, that they committed crimes during the events in 1994? If so, what obligation, if any, will I have to advise the witness of his/her rights against self-incrimination, either under our law, Rwanda law, or both?

    Keep in mind that neither the government nor the defense may call a witness who counsel knows will invoke the privilege against self-incrimination. If counsel does know, he or she must advise the court. <u>United States v. Crawford</u>, 707 F.2d 447, 449 (10th Cir. 1983).

    We'll discuss this next week.

                                      Very truly yours,

                                      s/ Monti Belot

                                      Monti L. Belot

MLB/sw