IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(WICHITA DOCKET)

| | |
|---|---|
| THE UNITED STATES OF AMERICA, )<br>  )<br>            Plaintiff,   )<br>vs.            )   Case No. 09-10005-01 (MLB)<br>  )<br>LAZARE KOBAGAYA,    )<br>            Defendant,   )<br>_____)| |

**MOTION FOR ONE WEEK CONTINUANCE OF JURY TRIAL**

COMES NOW, the defendant, Lazare Kobagaya, by and through undersigned counsel, Kurt P. Kerns, of Ariagno, Kerns, Mank & White, L.L.C., and hereby moves this Court for continuance of the jury trial for one week. In support thereof, defendant would show the Court as follows:

1. Upon return from today's status conference before the court, Counsel received a FedEx package from the government. Enclosed within the FedEx package was a disc containing materials and reports dating from March 23, 2010 through May 24, 2010. The documents consist of interviews between an investigator, Thomas Fusi, and government witnesses.

2. In addition, there are hundreds of pages of now translated Gacacca documents, as well as newly translated Finnish testimony of the various government witnesses from September of 2009.

3. Given the fact that co-counsel must now travel to Rwanda to facilitate transport of defense witnesses, counsel must review over 500 more pages of discovery, as well as meet other pre-trial duties in the time allotted.

4. The government has previously described this case as the "first U.S. criminal prosecution involving proof of the crime of genocide. Novel questions of the law

        as applied to the facts are highly likely…These novel questions, for which no U.S. precedent has yet been found weigh in favor of allowing additional time…" (Doc 27).

5. This motion in being made is in the interest of justice and not for purposes of delay. It is requested that the Court find that such additional time is excludable with 18 U.S.C.3161(h)(7)(A) as it is submitted that based on the reasons stated failure to grant this continuance would result in a miscarriage of justice. See 18 U.S.C. 3161(h)(7)(b)(i).  Defense counsel has discussed this with Mr. Kobagaya and he is in agreement with this request. Accordingly, these reasons for continuance outweigh the best interest of the public and the defendant to a speedy trial.

6. Counsel would request the defendant be granted the one week continuance of the jury trial.

WHEREFORE, defendant respectfully requests that this Court enter an Order continuing the jury week of one week in the above captioned matter.

Respectfully submitted,

**s/ Kurt P. Kerns**
Kurt P. Kerns #15028
Ariagno, Kerns, Mank & White, L.L.C.
328 North Main Street
Wichita, Kansas 67202
(316) 265-5511
E-mail:  kurtpkerns@aol.com
Attorney for Lazare Kobagaya

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above Motion to Continue was filed and served electronically pursuant to the CM/ECF system on April 15, 2011 on all counsel of record.

                                **s/ Kurt P. Kerns**
                                Kurt P. Kerns #15028
                                Attorney for Lazare Kobagaya