IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | **CRIMINAL ACTION** |
| ) | |
| v.   ) | No.  09-10005-MLB |
| ) | |
| LAZARE KOBAGAYA,   ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

Before the court are the following:

1. Government's motion in limine regarding reports of interviews (Doc. 288); and

2. Defendant's response (Doc. 298).

The government seeks an order in limine to prevent defendant's counsel from using reports of interviews (ROIs) prepared by ICE agents to impeach its witnesses.  The court assumes that the ROIs are akin to FBI 302s which traditionally are prepared by agents and which memorialize in the <u>agent's</u> words his or her interview or conversation with an individual who may, or may not, turn out to be a witness at trial.  The court has not been provided any witness' ROI but unless it meets the requirements of the Jencks Act, 18 U.S.C. § 3500(e), an ROI would not appear to qualify as a witness' "statement".  This does not preclude the proper use of an ROI at trial in ways pointed out in both the government's and defendant's submissions.  Therefore, as a practical matter, the use, if any, of the ROIs will depend on the

circumstances at trial.

The government's motion is denied, without prejudice.

IT IS SO ORDERED.

Dated this ___19th___ day of April 2011, at Wichita, Kansas.

                                          s/ Monti Belot
                                          Monti L. Belot
                                          UNITED STATES DISTRICT JUDGE